Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 200
Roseville, CA 95661
Telephone: (408) 279-2288
Facsimile: (408) 297-2299

Attorneys for Plaintiff Editha Cariaga

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITHA CARIAGA,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUIFAX, INC., et al.,<br><br>        Defendants. | Case No.: 5:17-cv-05421-LHK<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT CAPITAL ONE BANK (USA), N.A.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Editha Cariaga and defendant Capital One Bank (USA), N.A. ("Capital One"), erroneously sued as "Capital One, N.A.," by and through their respective counsel of record, have reached a settlement in principle of the above-captioned case and are in the process of documenting said settlement.  The Parties believe the settlement will be finalized within sixty (60) days and will request dismissal of Capital One from this action upon finalization.

**SAGARIA LAW, P.C.**

Dated:       December 4, 2017          By:    /s/ *Elliot Gale*
                                              Elliot Gale
                                              Attorneys for Plaintiff

**DOLL AMIR & ELEY LLP**

Dated:       December 4, 2017          By:    /s/ *Chelsea Lynn Diaz*
                                              Chelsea Lynn Diaz
                                              Attorneys for Defendant
                                              Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Chelsea Lynn Diaz has concurred in this filing.

*/s/ Elliot Gale*