SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 200
Roseville, CA 95661
408-279-2288 ph:
408-279-2299 fax

Attorneys for Plaintiff
EDITHA CARIAGA

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EDITHA CARIAGA,<br><br>                    Plaintiff,<br><br>         v.<br><br> EQUIFAX, INC.; et. al.,<br><br>                    Defendants. | Case No.: 5:17-CV-05421-LHK<br>*Assigned to the Honorable Lucy H. Koh; Referred to Magistrate Judge Howard R. Lloyd*<br><br>**STIPULATION TO DISMISS DEFENDANT CAPITAL ONE BANK (USA), N.A.; PROPOSED ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between plaintiff Editha Cariaga and defendant Capital One Bank (USA), N.A. ("Capital One"), that Capital One be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

DATED: December 26, 2017     **SAGARIA LAW, P.C.**

By: _/s/ Elliot W. Gale_
Elliot W. Gale
Attorneys for Plaintiff
Editha Cariaga

DATED: December 26, 2017     **DOLL AMIR & ELEY LLP**

By: _/s/ Chelsea Diaz_
Chelsea Diaz
Attorneys for Defendant
Capital One Bank (USA), N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Chelsea Diaz has concurred in this filing.
_/s/ Elliot Gale_

**[PROPOSED] ORDER**

Pursuant to the stipulation of the Parties, Defendant Capital One Bank (USA), N.A. is dismissed with prejudice and that each party shall bear its own attorneys' fees and costs

**IT IS SO ORDERED.**

DATED: _____

                LUCY H. KOH
                UNITED STATES DISTRICT JUDGE