1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Editha Cariaga
8

9

10
                    UNITED STATES DISTRICT COURT
11
           NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
12

13

14 | EDITHA CARIAGA | Federal Case No.: 5:17-CV-05421-LHK
   |                |
15 |     Plaintiff, |
   |                | **STIPULATED REQUEST FOR**
16 |     vs.        | **DISMISSAL OF DEFENDANT EQUIFAX,**
   |                | **INC.; [PROPOSED] ORDER**
17 | EQUIFAX, INC.; et. al., |
   |                |
18 |     Defendants. |

19
   **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**
20
        IT IS HEREBY STIPULATED by and between plaintiff Editha Cariaga and defendant
21
   Equifax, Inc. ("Equifax"), that Equifax be dismissed from this action with prejudice pursuant to
22
   Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own
23
   attorneys' fees and costs.
24
   //
25
   //
26
   //
27
   //
28

                                                1
   STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT EQUIFAX, INC.; [PROPOSED] ORDER

DATED:  December 27, 2017         Sagaria Law, P.C.

                                  By:    */s/ Elliot W. Gale*
                                         Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Editha Cariaga

DATED:  December 27, 2017         Nokes & Quinn

                                  By:    */s/ Thomas P. Quinn, Jr.*
                                         Thomas P. Quinn, Jr.
                                  Attorneys for Defendant
                                  Equifax, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Quinn, Jr. has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Equifax is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs. `The clerk shall close the file.`

IT IS SO ORDERED.

DATED:  12/28/2017                         *Lucy H. Koh*
                                  LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE